1  William D. Hyslop
2  United States Attorney
   Eastern District of Washington
3  Stephanie Van Marter
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 2 2 2020

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | **2:20-CR-5-SMJ** |
| Plaintiff, | INDICTMENT |
| v. | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine (Count 1) |
| MONICA PESINA, NICHOLAS SEAN CARTER, | |
| Defendants. | 21 U.S.C. § 841(a)(1), (b)(1)(C) Possession with Intent to Distribute Heroin (Count 2) |
| | 21 U.S.C. § 841(a)(1), (b)(1)(C) Possession with Intent to Distribute Fentanyl (Count 3) |
| | 18 U.S.C. §§ 922(g)(1), 924(a)(2) Felon in Possession of a Firearm (Count 4) |
| | 21 U.S.C. § 853, 18 U.S.C. § 924, 28 U.S.C. § 2461 Criminal Forfeiture |

INDICTMENT – 1

The Grand Jury charges:

## COUNT 1

On or about November 7, 2019, in the Eastern District of Washington, the Defendants, MONICA PESINA and NICHOLAS SEAN CARTER, did knowingly and intentionally possess with the intent to distribute 50 grams or more of actual (pure) Methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 18 U.S.C. § 2.

## COUNT 2

On or about November 7, 2019, in the Eastern District of Washington, the Defendants, MONICA PESINA and NICHOLAS SEAN CARTER, did knowingly and intentionally possess with the intent to distribute Heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2.

## COUNT 3

On or about November 7, 2019, in the Eastern District of Washington, the Defendants, MONICA PESINA and NICHOLAS SEAN CARTER, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (aka Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2.

## COUNT 4

On or about November 7, 2019, in the Eastern District of Washington, the Defendant, NICHOLAS SEAN CARTER, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, to wit: a Glock Model 26 GEN 4, 9 mm pistol, bearing serial number BBTU921, and a Beretta Model 92FS, 9 mm pistol, bearing serial number BER513205, which firearms had theretofore been

INDICTMENT – 2

transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853 upon conviction of a controlled substance offense in violation of 21 U.S.C. § 841, as set forth in Counts 1 – 3 of this Indictment, the Defendants, MONICA PESINA and NICHOLAS SEAN CARTER, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s). The property to be forfeited includes, but is not limited to:

- $4,070.00 U.S. currency seized by ATF on or about November 7, 2019.

If any forfeitable property, as a result of any act or omission of the Defendant(s):

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of a firearms offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in

INDICTMENT – 3

Count 4 of this Indictment, the Defendant, NICHOLAS SEAN CARTER, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to the following:

- a Beretta Model 92FS, 9 mm pistol, bearing serial number BER513205; and
- a Glock Model 26 GEN 4, 9 mm pistol, bearing serial number BBTU921.

DATED this 22 day of January 2020.

A TRUE BILL

_____
Foreperson

_____
William D. Hyslop
United States Attorney

_____
Stephanie Van Marter
Assistant United States Attorney

INDICTMENT – 4