# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v. MONICA PESINA**                Case No.        2:20-CR-00005-SMJ-1

## Arraignment/Initial Appearance on Indictment:                01/28/2020

| | | | |
|---|---|---|---|
| ☒ | Cora Vargas, Courtroom Deputy [R] | ☒ | Stephanie Van Marter, US Atty [S] |
| ☒ | Joanna Knutson, Courtroom Deputy [S] | ☒ | Adam Pechtel, Defense Atty |
|   | Pam Howard, Courtroom Deputy [Y] | | |
| ☒ | Erica Helms, US Probation / Pretrial Services Officer [Tele] | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Oral Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☐ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☒ | Based upon conflict with Federal Defenders, the Court appointed CJA Panel Attorney Adam Pechtel | ☐ | Charging document read in open court |
| ☒ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| ☐ | AO 199c Advice of Penalties/Sanctions filed | | |

## REMARKS

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.
The Defendant acknowledged to the Court that their true and correct name is: Monica Pesina.
"Not guilty" plea entered.
Discovery to be provided pursuant to the local rule on discovery.
Court and the parties discuss scheduling of detention hearing.

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.

**Detention Hearing:**
**02/06/2020 @ 1:30 p.m. [R/MKD]**