FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 06, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MONICA PESINA,<br><br>　　　　　　Defendant. | No. 2:20-CR-00005-SMJ-1<br><br>ORDER GRANTING DEFENDANT'S ORAL MOTION TO CONTINUE DETENTION HEARING<br><br>**ECF No. 30** |

On Thursday, February 06, 2020, the Court conducted a detention hearing in accordance with 18 U.S.C. § 3142(f). Defendant appeared, in custody, with court-appointed counsel Adam Pechtel. Assistant United States Attorney Stephanie Van Marter represented the United States.

Defendant orally moved to continue the detention hearing (ECF No. 30) to Tuesday, February 18, 2020. The Court granted the motion.

Accordingly, **IT IS ORDERED**:

1. Defendant's Oral Motion to Continue the Detention Hearing (**ECF No. 30**) is **GRANTED.**

ORDER - 1

2. A detention hearing was set for **Tuesday, February 18, 2020 at 2:30 p.m., in Richland, Washington before Judge Dimke.**

DATED February 6, 2020.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2