# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v. MONICA PESINA**                     Case No.   2:20-CR-00005-SMJ-1

**Detention Hearing:**                                            02/06/2020

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Stephanie Van Marter, US Atty |
| ☒ | Pam Howard, Courtroom Deputy [Tele] | ☒ | Adam Pechtel, Defense Atty |
| ☒ | Erica Helms, US Probation / Pretrial Services [Tele] | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM  ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

　　Defense counsel orally motioned to continue the Detention hearing to next week as the defendant has retained counsel for this case.
　　Defendant agrees to continuance of the hearing to Tuesday, 2/18 at 2:30 p.m. in Richland.

**The Court ordered:**
　　1. Defense Oral Motion to Continue Detention Hearing is **granted**.
　　2. Defendant shall be detained by the U.S. Marshal until further order of the Court.

**Detention Hearing (1ˢᵗ Cont.)**
**02/18/2020**
**@ 2:30 p.m. [R/MKD]**