FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 19, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MONICA PESINA,<br><br>Defendant. | No. 2:20-CR-00005-SMJ-1<br><br>ORDER GRANTING DEFENDANT'S ORAL MOTION TO CONTINUE DETENTION HEARING<br><br>**ECF No. 38** |
|---|---|

On February 18, 2020, the Court conducted a detention hearing. Defendant appeared, in custody, with court-appointed counsel Adam Pechtel. Assistant United States Attorney Stephanie Van Marter represented the United States. Defendant orally moved to continue the detention hearing (ECF No. 38) to permit the parties to obtain transcripts and to present testimony in support of her argument for release. The Court granted the motion.

Accordingly; **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Continue the Detention Hearing (**ECF No. 38**) is **GRANTED**.

ORDER - 1

2. The detention hearing was set for **Tuesday, March 17, 2020 at 2:30 PM in Richland, Washington, before Judge Dimke.**

3. The parties shall submit any substantive briefing at least 24 hours prior to the hearing.

DATED February 19, 2020.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2