FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 25, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONICA PESINA (01) and<br>NICHOLAS SEAN CARTER (02),<br><br>Defendants. | No.  2:20-cr-00005-SMJ-01<br>       2:20-cr-00005-SMJ-02<br><br>**ORDER GRANTING DEFENDANT CARTER'S (02) UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRE-TRIAL CONFERENCE AND RESET DEADLINES**<br><br>**AMENDED[1] CASE MANAGEMENT ORDER** |

Before the Court, without oral argument, is Defendant Nicholas Sean Carter's (02) Unopposed Motion to Continue Trial Date and Pre-Trial Conference and Reset Deadlines, ECF No. 34. Defense counsel Nicholas Marchi requests a continuance of the pretrial motions filing deadline, the pretrial conference, and the trial, to allow more time to examine discovery, prepare any related motions, and prepare for trial. In addition, Defendant Carter (02) has two other matters that maybe interrelated to this matter. Defendant Carter (02) supports counsel's request for a trial continuance for the articulated reasons. ECF No. 37. Stephanie Van Marter, appearing on behalf

---

[1] This Order amends and supersedes in part the Court's February 4, 2020 Case Management Order, ECF No. 28.

AMENDED CASE MANAGEMENT ORDER - 1

of the Government, does not oppose the request. ECF No. 34 at 1. Co-defendant Pesina (01) supports the request for a trial continuance for the articulated reasons. ECF No. 35.

The Indictment was filed on January 22, 2020. ECF No. 1. Defense counsel appeared for Defendant Pesina (01) on January 28, 2020. ECF No. 22. Defense counsel appeared for Defendant Carter (02) on January 23, 2020. ECF No. 14. This is Defendant Carter's (02) first request for a continuance.

To ensure defense counsel is afforded adequate time to review discovery, prepare any pretrial motions, conduct investigation, and prepare for trial, the Court grants the motion, extends the pretrial motion deadline, and resets the currently scheduled pretrial conference and trial dates. The Court finds that Defendant Carter's (02) continuance request is knowing, intelligent, and voluntary, and that the ends of justice served by granting a continuance outweigh the best interest of the public and Defendant in a speedy trial. The delay resulting from Defendant Carter's (02) motion is therefore excluded under the Speedy Trial Act.

Counsel are advised that all second or successive continuance requests will be closely scrutinized for the necessity of more time to effectively prepare, taking into account the exercise of due diligence.

Having considered the parties' proposed case schedule and deadlines, the Court now enters the following Amended Case Management Order, which sets forth

AMENDED CASE MANAGEMENT ORDER - 2

the deadlines, hearings, and requirements the parties will observe in this matter.² To the extent this Order conflicts with any previously entered Orders in this matter, this Order shall govern. All counsel are expected to carefully read and abide by this Order and such provisions of the current CMO which have not been superseded hereby. The Court will grant relief from the requirements in this Order only upon motion and good cause shown.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant Carter's (02) Unopposed Motion to Continue Trial Date and Pre-Trial Conference and Reset Deadlines, **ECF No. 34**, is **GRANTED.**

2. The Court finds, given defense counsel's need for time to review discovery, prepare any pretrial motions, conduct investigation, and prepare for trial, that failing to grant a continuance would result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court, therefore, finds the ends of justice served by granting a

---

² Defense counsel included a proposed date for a suppression hearing. ECF No. 41 at 3. However, no motion to suppress has been filed in this case. This amended case management order therefore does not include this proposed date.

AMENDED CASE MANAGEMENT ORDER - 3

continuance in this matter outweigh the best interest of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

3. **Original CMO.** <u>Counsel must review the provisions of the original February 4, 2020 CMO, ECF No. 28, and abide by those procedures which remain in full force and effect and are incorporated herein except for the new compliance deadlines in the following Summary of Amended Deadlines</u>.

4. **Pretrial Conference**

   *A.*   The current pretrial conference date of March 5, 2020 is **STRICKEN** and **RESET** to May 28, 2020, at **9:00 A.M.** in **RICHLAND**. At this hearing, the Court will hear **ALL** pretrial motions that are noted for oral argument.

   *B.*   All Pretrial Conferences are scheduled to last no more than **thirty (30) minutes**, with each side allotted **fifteen (15) minutes** to present their own motions and resist motions by opposing counsel. If any party anticipates requiring longer than fifteen minutes, that party must notify the Courtroom Deputy at least seven (7) days prior to the hearing. **<u>Any party who fails to provide this notice will be limited to fifteen (15) minutes.</u>**

//

AMENDED CASE MANAGEMENT ORDER - 4

5. **Trial**. The current trial date of March 30, 2020 is **STRICKEN** and **RESET** to **June 22, 2020**, at **9:00 A.M.** in **RICHLAND**. The **final** pretrial conference will begin at **8:30 A.M.**

6. Pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) and (iv), the Court **DECLARES EXCLUDABLE from Speedy Trial Act calculations** the period from **February 13, 2020**, the date defense counsel moved to continue, through **June 22, 2020,** the new trial date, as the period of delay granted for adequate preparation by counsel.

7. **Summary of Deadlines**

| | |
|---|---|
| USAO Expert Notice<br>Defense Expert | **April 3, 2020**<br>**April 17, 2020** |
| All pretrial motions, including discovery motions, *Daubert* motions, and motions *in limine*, filed | **April 17, 2020** |
| **PRETRIAL CONFERENCE**<br>*Deadline for motions to continue trial* | **May 28, 2020**<br>**9:00 A.M. - RICHLAND** |
| CIs' identities and willingness to be interviewed disclosed to Defendants. (if applicable) | **May 29, 2020** |
| Grand jury transcripts produced to Defendants.<br>    Case Agent:<br>    CIs:<br>    Other Witnesses: | <br>**May 29, 2020**<br>**May 29, 2020**<br>**May 29, 2020** |
| Exhibit lists filed and emailed to the Court | **June 15, 2020** |
| Witness lists filed and emailed to the Court | **June 15, 2020** |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | **June 15, 2020** |
| Exhibit binders delivered to all parties and to the Court | **June 15, 2020** |

AMENDED CASE MANAGEMENT ORDER - 5

| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | **June 15, 2020** |
|---|---|
| Trial notices filed with the Court | **June 17, 2020** |
| Technology readiness meeting (in-person) | **June 17, 2020** |
| **JURY TRIAL** | **June 22, 2020** <br> **9:00 A.M. - RICHLAND** |

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 25th day of February 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

AMENDED CASE MANAGEMENT ORDER - 6