1  Adam R. Pechtel / WSBA #43743
   Pechtel Law PLLC
2  21 N Cascade St
   Kennewick, WA 99336
3  Telephone: (509) 586-3091

4  Attorney for Defendant

5

6              United States District Court
                Eastern District of Washington
7            Before the Hon. Salvador Mendoza, Jr.

8  United States of America,

9                        Plaintiff, | No. 2:20-cr-00005-SMJ

10 v.
                                    | Declaration of Adam R. Pechtel
11 Monica Pesina,

12                       Defendant.

13

14
   I, Adam R. Pechtel, declare as follows:
15
      1. I have personal knowledge of the following matters.
16
      2. Attached hereto as Exhibit A is a true and correct copy of a
17
         substance abuse evaluation sent to me by a representative of
18
         Somerset Counseling.
19

20

Pechtel Declaration - 1

1  3. At the time I sign this declaration, I am (a) 18 years of age or
2     older, (b) of sound mind, (c) not currently under the influence
3     of any drugs or alcohol, and (d) not married to any person
4     referenced herein.
5  I declare under the penalty of perjury the foregoing is true and
6  correct.
7
8  Executed on this 17th day of March 2020.
9
10                              s/Adam R. Pechtel
                                Adam R. Pechtel/ WSBA #43743
11                              Attorney for Defendant
                                Pechtel Law PLLC
12                              21 N Cascade St
                                Kennewick, WA 99336
13                              Telephone: (509) 586-3091
                                Email: adam@pechtellaw.com
14
15
16
17
18
19
20

Pechtel Declaration - 2

SERVICE CERTIFICATE

I certify that March 17, 2020, I electronically filed the foregoing with the District Court Clerk using the CM/ECF System, which will send notification of such filing to the following:

Stephanie Van Marter, Attorney for Plaintiff

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Pechtel Declaration - 1