# ♦ SOMERSET COUNSELING CENTER ♦

*Substance Abuse Services*
1305 Mansfield St., Suite 6
Richland, WA 99352    509.942.1624

March 16, 2020

Pechtel Law PLLC
Attn: Adam Pechtel
21 North Cascade
Kennewick, WA 99336

RE: Monica Pesina
DOB:　　　　　　　　Cause/Case# Unknown

## Assessment Findings

This is to inform you that the above named individual underwent a chemical dependency assessment at this agency on March 16, 2020. This individual was assessed following a referral from herself and good friend regarding her severe substance use disorder. The results show this individual to be having a Severe (Meth) Use Disorder (F 15.20). The results of this assessment are dependent, at least in part, upon the individual providing accurate information.

Recommendations are as follows: a Level III.V Intensive Inpatient followed by a lower level of care.

This individual has chosen to enter treatment if at all possible; at any time she states. I am more than willing to fax her assessment off to inpatient treatment facilities at any time.

If you have concerns or questions, please feel free to contact me.

Sincerely,

*[signature]* B.S., SUDP

Tammy Kinter, B.S., SUDP

cc: File

---

**PROHIBITION ON REDISCLOSURE.** This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.
(152 FR 21809, June 9, 1987; 52 FR 41997, Nov. 2, 1987)