# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v.  MONICA PESINA**                          Case No.    2:20-CR-00005-SMJ-1

**Continued Detention Hearing:**                                            03/17/2020

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Stephanie Van Marter, US Atty |
| ☒ | Pam Howard, Courtroom Deputy [Tele] | ☒ | Adam Pechtel, Defense Atty |
| ☒ | Erica Helms, US Probation / Pretrial Services [Tele] | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

2:55 p.m.        Testifying for Defense: Lena Samorano sworn in and testified.
                  Direct examination by Mr. Pechtel
                 Cross examination by Ms. Van Marter
                 Redirect examination by Mr. Pechtel
3:26 p.m.        Witness excused by the Court

    USA argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of the community. Defer to Judge Mendoza's previous Order filed at (ECF No. 77) and Judge Dimke's previous Order filed at (ECF No. 48) file in case 4:19-cr-6063-SMJ.

    Colloquy between Court and counsel re the difference from now and Judge Mendoza's ruling on detention.

    Defense counsel argued why the Defendant should be released. Support system, her children's new behavior issues and availability of inpatient treatment. Defense has rebutted the presumption of evidence for detention. Defense believes conditions can be fashioned. GPS, inpatient treatment to clean and sober housing with her children that is preapproved by probation.

**The Court ordered:**
1. USA's Motion for Detention is **granted**.
2. That there is no combination of conditions to assure the Defendant's appearance as required or conditions to ensure that Defendant is not a danger to the community.
3. The presumption of detention has not been rebutted.
4. Defendant shall be detained by the U.S. Marshal until further order of the Court.