# Exhibit A-1



**Leah M. Law**
Department of Justice
Drug Enforcement Administration
Office of Forensic Sciences

**Senior Forensic Chemist**
**Western Laboratory**
**Pleasanton, CA**

---

## AREA OF EXPERTISE

**Forensic Discipline**

   Controlled Substances

**Expert Testimony**
- Provided expert testimony in Federal Court in California, Arizona, Pennsylvania and Hawaii
- Provided expert testimony in State Court in Arizona

## PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**
*Senior Forensic Chemist, Western Laboratory, Pleasanton, CA, 2018 - Present*

- Analyze suspected drug evidence for the presence or absence of controlled substances
- Provide expert testimony based on the results of analyses
- Provide field assistance to law enforcement personnel in the seizures of clandestine laboratories

*Course Developer/Instructor/Senior Forensic Chemist, Forensic Sciences Instruction Section, DEA Academy, Quantico, VA 2013 - 2018*

- Deliver instruction in the areas of drug evidence analysis and clandestine manufacturing
- Observe student performance to determine degree of achievement of training objectives
- Plan and execute all administrative and logistical tasks involved in conducting a Basic Forensic Chemist Class
- Develop course materials including instructor manuscripts, trainee guides, practical exercise scenarios, training exhibits and supplemental material
- Implement and manage programs for the training laboratory associated with general laboratory operations in accordance with laboratory system policy and accreditation requirements

   *Training*

- Instructor Development Course #34, DEA Academy, Quantico, Virginia, June 2008

*Senior Forensic Chemist/Forensic Chemist, Southwest Laboratory, Vista, CA, 2002- 2013*

- Analyze suspected drug evidence for the presence or absence of controlled substances
- Provide expert testimony based on the results of analyses
- Provide field assistance to law enforcement personnel in the seizures of clandestine laboratories
- Monitor and maintain analytical instrumentation including Gas Chromatography-Flame Ionization Detectors (GC-FID), Gas Chromatography-Mass Spectrometers(GC-MS), and High Performance Liquid Chromatographs

*Training*
- Waters Empower Software Training, August 2010
- Advanced Clandestine Laboratory Safety Training, March 2009
- Perkin Elmer GC/MS Operation, September 2009
- Waters Acquity UPLC Operation and Troubleshooting, September 2008
- Analysis and Interpretation of Mass Spectral Data, August 2007
- Nicolet Basic FR-Raman Operation, August 2007
- Agilent Technologies GC/MS Troubleshooting and Maintenance, July 2006
- Agilent Technologies Liquid Chromatography Training, May 2005
- Practical Capillary Electrophoresis, August 2004
- Interpretation of Infrared Spectra Training, March 2004
- Agilent Technologies Gas Chromatography Training, July 2003
- Basic Forensic Science School/Clandestine Laboratory Certification, August 2002
- Basic Forensic Chemist Training, June 2002 – December 2002

## EDUCATION AND CERTIFICATIONS

George Washington University, Washington, DC
- Bachelor of Science in Chemistry with a concentration in Forensic Science, 1997 – 2001

*Certification(s)*
- High Hazard Clandestine Laboratory Certification April 2012
- Advanced Clandestine Laboratory Safety Certification March 2009
- Clandestine Laboratory Safety Certification August 2002

## PROFESSIONAL AFFILIATIONS

- Clandestine Laboratory Investigating Chemists Association (CLIC), Member, 2008 – Present

## DISTINCTIONS

- DEA Exceptional Performance Award 2006, 2007, 2008, 2013, 2014, 2016