# Exhibit A-3



**Jonathan S. Park, B.S.**
Department of Justice
Drug Enforcement Administration
Office of Forensic Sciences

Forensic Chemist
Western Laboratory
Pleasanton, CA

---

## AREA OF EXPERTISE

Forensic Discipline

    Controlled Substance Examination

## PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**
*Forensic Chemist, Western Laboratory (Pleasanton, CA), 2017*

- Analyzes for the presence or absence of controlled substances
- Reports on the findings from analyses
- Testifies in court for previous analyses
- Assists in clandestine laboratory investigations

*Training*

- DEA Clandestine Laboratory Basic Certification Training (Quantico, VA), 2019
- DEA Basic Forensic Training Program (Quantico, VA), 2017

**Ionis Pharmaceuticals, Inc.**
*Research Associate (Carlsbad, CA), 2015-2016*

- Performed routine quality control tests on raw materials used in drug development
- Routinely performed over 30 analytical methods in a good manufacturing practice (GMP) environment
- Prepared scientific reports for the analysis of over 170 samples
- Communicated progress, results, and obstacles in weekly department meetings
- Technical Skills: Gas Chromatography with Flame Ionization Detector (GC-FID), Liquid Chromatography with Mass Spectrometry (LC-MS), High Performance Liquid Chromatography, Ultra Performance Liquid Chromatography (UPLC)

**Trilink Biotechnologies**
*Assistant Chemist (San Diego, CA), 2014*

- Performed routine quality control analysis on modified nucleic acids products
- Technical Skills: High Performance Liquid Chromatography (HPLC), LC-MS

**Eli Lilly & Company**
*Research Assistant (San Diego, CA), 2013*

- Assisted in research project on a protein suspected to cause asthma
- Achieved a 40% increase in crystal structure resolution from previous literature

## EDUCATION AND CERTIFICATIONS

University of California - San Diego (La Jolla, CA)
- Bachelor of Science, Pharmacological Chemistry, 2014

## PRESENTATIONS AND LECTURES

- Citizen's Academy: Clan Lab Overview & Mock Meth. Manufacture
  Co-presenter, DEA Denver Field Division (Centennial, CO) 2019
- Fentanyl: Trends, Recent Seizures, and Safe Handling Practices for First Responders
  Presenter, Santa Clara Police Department (Santa Clara, CA) 2018
- Eli Lilly & Company Summer Undergraduate Research Symposium
  Presenter, Summer Internship Research Presentation (San Diego, CA), 2013