Adam R. Pechtel / WSBA #43743
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091

Attorney for Defendant

United States District Court
Eastern District of Washington
Before the Hon. Salvador Mendoza, Jr.

| United States of America, | |
|---|---|
| Plaintiff, | No. 2:20-CR-00005-SMJ-1 |
| v. | Defendant Pesina's Notice of Intent to Object to the Suppression Hearings Being Conducted by Videoconference |
| Monica Pesina, | |
| Defendant. | |

Comes now, Defendant Pesina, and pursuant to the Court Order dated May 27, 2020, the Defendant has communicated to counsel that she objects to the Suppression Hearings scheduled for June 3, 2020, being conducted by videoconference. The Defendant requests that the hearings be rescheduled to a date when in-person testimony can be scheduled in the future. Counsel has contacted

Defendant Pesina's Notice of
Objection - 1

1  the government's counsel and she agrees with a rescheduling of
2  the hearing to allow for in person testimony.

3
4
5  Dated: May 27, 2020                Respectfully Submitted,
6                                     s/Adam R. Pechtel
                                      Adam R. Pechtel/ WSBA #43743
7                                     Attorney for Defendant
                                      Pechtel Law PLLC
8                                     21 N Cascade St
                                      Kennewick, WA 99336
9                                     Telephone: (509) 586-3091
                                      Email: adam@pechtellaw.com
10
11
12
13
14
15
16
17
18
19
20

Defendant Pesina's Notice of
Objection - 2

SERVICE CERTIFICATE

I certify that May 27, 2020, I electronically filed the foregoing with the District Court Clerk using the CM/ECF System, which will send notification of such filing to the following:

Stephanie Van Marter, Attorney for Plaintiff

s/Adam R. Pechtel<br>
Adam R. Pechtel/ WSBA #43743<br>
Attorney for Defendant<br>
Pechtel Law PLLC<br>
21 N Cascade St<br>
Kennewick, WA 99336<br>
Telephone: (509) 586-3091<br>
Email: adam@pechtellaw.com

Defendant Pesina's Notice of Objection - 3