William D. Hyslop
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS CARTER and<br>MONICA PESINA<br><br>Defendant. | Case No.: 2:19-CR-06063-SMJ<br>2:19-CR-00183-SMJ<br>2:20-CR-00005-SMJ<br><br>United States Exhibit and Witness List for Motions to Suppress |

Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, Although this will no longer be conducted by video, the United States submits the following Exhibit and Witness List for the Motions to Suppress.

**Exhibit List**: **2:19-CR-06063-SMJ**

| Exhibit #: | Admitted: | Description: |
|---|---|---|
| 1 | | Reports of Investigation from Traffic Stop (Discovery Pages 10000002-28) |

Exhibit and Witness list for Defendant's Motion to Dismiss Indictment – 1

| Exhibit #: | Admitted: | Description: |
|---|---|---|
| 2 a-c | | Car Camera Footage:<br>Sgt. Carlisle<br>Capt. Parramore<br>Det. Corral |
| 3 a-c | | Body Camera Footage:<br>Field Events (Sgt. Carlisle)<br>Traffic (Capt. Parramore)<br>AXON (Det. Corral) |
| 4 | | Affidavit in Support of Search Warrant<br>(Discovery Pages 00000231-259) |

**Witness List**:

Capt. Bill Parramore- Pasco Police Department
Det. Andy Corral - K9- Pasco Police Department
Sgt. Nathan Carlisle - Pasco Police Department

**Exhibit List: 2:19-CR-00183-SMJ**

| Exhibit #: | Admitted: | Description: |
|---|---|---|
| 1 | | Reports of Investigation from Arrest<br>(Discovery Pages 1000007-126) |
| 2 a-e | | Body Camera Footage |

**Witness List**:

Elijah Hayward- Spokane Police Department
Corrigan Mohondro- Spokane Police Department
Austin Toal- Spokane Police Department

**Exhibit List: 2:20-CR-00005-SMJ-2 (ECF 48)**

| Exhibit #: | Admitted: | Description: |
|---|---|---|
| 1 | | Reports of Investigation and Affidavit in support of Search Warrant<br>(Discovery Pages 10000127-146) |

Exhibit and Witness list for Defendant's Motion to Dismiss Indictment – 2

**Witness List:**

Detective Michael Bump, Walla Walla Police Department
SA Brian Bach, Alcohol, Tobacco and Firearms

**Exhibit List: 2:20-CR-00005-SMJ-2 (ECF 72 filed in 19-CR-06063)**

| Exhibit #: | Admitted: | Description: |
|---|---|---|
| 1 | | Reports of Interview of Monica Pesina (Discovery Pages 10000150-151) |
| 2 | | Miranda Warnings Signed by Monica Pesina (Discovery Pages 100001790) |

**Witness List:**

Task Force Officer Joseph Brazeau, Richland Police Department
Sgt. Brayden Moos, Kennewick Police Department

Dated: June 1, 2020.

William D. Hyslop
United States Attorney

*Stephanie Van Marter*

Stephanie A. Van Marter
Assistant United States Attorney

Exhibit and Witness list for Defendant's Motion to Dismiss Indictment – 3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Adam R. Pechtel: adam@pechtellaw.com
    Attorney for Monica Pesina

    Nicholas Wright Marchi: nmarchi@carmarlaw.com
    Attorney for Nicholas Sean Carter

*/s/ Stephanie Van Marter*
Stephanie A. Van Marter
Assistant United States Attorney

Exhibit and Witness list for Defendant's Motion to Dismiss Indictment – 4