FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 11, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONICA PESINA, (01),<br>NICHOLAS SEAN CARTER, (02),<br><br>Defendant/s. | No.   2:19-cr-00005-SMJ-01<br>       2:19-cr-00005-SMJ-02<br><br>**ORDER GRANTING DEFENDANT CARTER'S MOTION TO CONTINUE**<br><br>**AMENDED[1] CASE MANAGEMENT ORDER** |

A motion hearing occurred in the above-captioned matter on June 3, 2020. Defendant Nicholas Sean Carter was present, represented by Nicholas Marchi, and Defendant Monica Pesina was present, represented by Adam Pechtel. Assistant U.S. Attorney Stephanie Van Marter appeared on behalf of the Government. Defense counsel Nicholas Marchi requested a continuance of the pretrial motions filing deadline, the pretrial conference, and the trial, to allow more time to examine discovery, prepare any related motions, and prepare for trial. Defendant Carter supported counsel's request for a trial continuance for the articulated reasons. ECF

---

[1] This Order amends and supersedes in part the Court's February 4, 2020 Case Management Order, ECF No. 28.

AMENDED CASE MANAGEMENT ORDER – 1

No. 68. Defendant Pesina did not join in the motion. The Government did not oppose the request. At the hearing, the Court granted Defendant Carter's motion to continue as to both Defendants; this Order memorializes and supplements the Court's oral ruling.

The Indictment was filed on January 22, 2020. ECF No. 1. Defense counsel appeared for Defendant Pesina (01) on January 28, 2020. ECF No. 22. Defense counsel appeared for Defendant Carter (02) on January 23, 2020. ECF No. 14. This is Defendant Carter's (02) first request for a continuance.

To ensure defense counsel is afforded adequate time to review discovery, prepare any pretrial motions, conduct investigation, and prepare for trial, the Court grants the motion, extends the pretrial motion deadline, and resets the currently-scheduled pretrial conference and trial dates. The Court finds that Defendant Carter's continuance request is knowing, intelligent, and voluntary, and that the ends of justice served by granting a continuance outweigh the best interest of the public and Defendant in a speedy trial. The delay resulting from Defendant Carter's motion is therefore excluded under the Speedy Trial Act.

Counsel are advised that all second or successive continuance requests will be closely scrutinized for the necessity of more time to effectively prepare, taking into account the exercise of due diligence.

The Court now enters the following Amended Case Management Order,

AMENDED CASE MANAGEMENT ORDER – 2

which sets forth the deadlines, hearings, and requirements the parties will observe in this matter. To the extent this Order conflicts with any previously-entered Orders in this matter, this Order shall govern. All counsel are expected to carefully read and abide by this Order and such provisions of the current CMO which have not been superseded hereby. The Court will grant relief from the requirements in this Order only upon motion and good cause shown.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** Defendant Carter's oral motion to continue is **GRANTED**.

**2.** The Court finds, given counsel for Defendant Carter's need for time to review discovery, prepare any pretrial motions, conduct investigation, and prepare for trial, that failing to grant a continuance would result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court, therefore, finds the ends of justice served by granting a continuance in this matter outweigh the best interest of the public and Defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

//

//

//

AMENDED CASE MANAGEMENT ORDER – 3

3. **Original CMO.** <u>Counsel must review the provisions of the original February 4, 2020 CMO, ECF No. 28, and abide by those procedures which remain in full force and effect and are incorporated herein except for the new compliance deadlines in the following Summary of Amended Deadlines</u>.

4. **Pretrial Conference**

   A. The current pretrial conference date is **RESET** to **August 27, 2020**, at **9:00 A.M.** in **RICHLAND**. At this hearing, the Court will hear **ALL** pretrial motions that are noted for oral argument.

   B. All Pretrial Conferences are scheduled to last no more than **thirty (30) minutes**, with each side allotted **fifteen (15) minutes** to present their own motions and resist motions by opposing counsel. If any party anticipates requiring longer than fifteen minutes, that party must notify the Courtroom Deputy at least seven (7) days prior to the hearing. <u>**Any party who fails to provide this notice will be limited to fifteen (15) minutes.**</u>

//

//

//

//

AMENDED CASE MANAGEMENT ORDER – 4

5. **Trial.** The current trial date of June 22, 2020, is **STRICKEN** and **RESET** to **September 28, 2020**, at **9:00 A.M.** in **RICHLAND**. The <u>final</u> pretrial conference will begin at **8:30 A.M.**

6. Pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) and (iv), the Court **DECLARES EXCLUDABLE from Speedy Trial Act calculations for both Defendant Carter and Defendant Pesina** the period from **June 3, 2020**, the date defense counsel for Defendant Carter moved to continue, through **September 28, 2020,** the new trial date, as the period of delay granted for adequate preparation by counsel.

7. **Summary of Deadlines**

| | |
|---|---|
| All pretrial motions, including discovery motions, *Daubert* motions, and motions *in limine*, filed | **July 17, 2020** |
| **PRETRIAL CONFERENCE** *Deadline for motions to continue trial* | **August 27, 2020** **9:00 A.M. - RICHLAND** |
| CIs' identities and willingness to be interviewed disclosed to Defendant/s (if applicable) | **September 4, 2020** |
| Grand jury transcripts produced to Defendant/s<br>　　　Case Agent:<br>　　　CIs:<br>　　　Other Witnesses: | **September 4, 2020**<br>**September 4, 2020**<br>**September 4, 2020** |
| Exhibit lists filed and emailed to the Court | **September 21, 2020** |
| Witness lists filed and emailed to the Court | **September 21, 2020** |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | **September 21, 2020** |
| Exhibit binders delivered to all parties and to the Court | **September 21, 2020** |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | **September 21, 2020** |

AMENDED CASE MANAGEMENT ORDER – 5

| Trial notices filed with the Court | **September 23, 2020** |
|---|---|
| Technology readiness meeting (in-person) | **September 23, 2020** |
| **JURY TRIAL** | **September 28, 2020** <br> **9:00 A.M. - RICHLAND** |

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 11th day of June 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

AMENDED CASE MANAGEMENT ORDER – 6