# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO. 4:19 -CR-6063-SMJ-1 |
| v. | ) | NO. 2:20-CR-0005-SMJ-1 |
| MONICA PESINA, | ) | DEFENDANT'S STATEMENT OF REASONS IN SUPPORT |
| Defendant. | ) | OF THE MOTION TO CONTINUE TRIAL |

My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, to go to trial within a seventy-day period. My attorney has also advised me that a continuance of the trial is needed, and we discussed the reasons for a continuance.

A motion to continue the trial has been filed.

My attorney has advised me, and I understand that, if the Court grants the motion to continue that all time between the date the motion to continue was filed and the new date for trial will be excluded from the speedy-trial period under the Speedy Trial Act.

After reviewing the motion and discussing the reasons for the requested continuance with my attorney, I knowingly and voluntarily ask this Court to grant that motion to continue and reset the trial date from its current date of  09/28/2020  to a date not later than  12/07/2020  for the following reasons as found in 18 U.S.C. § 3161:  I am in the process of hiring private counsel. He will need additional time, to review discovery, investigate my defense, file pretrial motions and prepare for trial.

X _____

X _____

Defendant's Statement of Reasons in Support of Motion to Continue Trial - 1      Rev. 3/8/2016

1  X _____

2

3  X _____

4  X _____.

5

6  I declare under penalty of perjury that the foregoing is true and correct.

7  *Monica Kint*
   Defendant
8  Date: 7/21/20

9  I have read this form and discussed the contents with my client.

10  *Adan R Pechtel*
    Counsel for Defendant
11  Date: 7/21/2020

12  I have translated this form into a language in which the Defendant is conversant. If
13  questions have arisen, I have notified the Defendant's counsel of the questions and have
    not offered not given advice nor personal opinions.
14

15  _____
    Interpreter (printed name)

16  _____
    Interpreter (signature)

17  Date: _____

18

19

20

21

22

23

24

25

26

27

28  Defendant's Statement of Reasons in Support of Motion to Continue Trial - 2     Rev. 3/8/2016