Adam R. Pechtel / WSBA #43743
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091

Attorney for Defendant

United States District Court
Eastern District of Washington
Before the Hon. Salvador Mendoza Jr.

| United States of America, | No. 2:20-CR-00005-SMJ-1 |
|---|---|
| Plaintiff, | |
| v. | Motion for Leave of Court to Withdraw as Counsel and Notice of Intent to Withdraw |
| Monica Pesina, | |
| Defendant. | August 26, 2020 at 6:00 PM<br>Without oral argument |

TO: The Clerk of the Court and all parties of record:

 COMES NOW, Adam Pechtel, counsel for Defendant and asks the Court to authorize his withdrawal as counsel for Defendant.

 On January 23, 2020, Mr. Pechtel was appointed by the Court to represent Defendant Monica Pesina under the Criminal Justice Act (CJA), 18 U.S.C. § 3006A. Defendant Pesina has confirmed that she

Motion for Leave of Court to
Withdraw as Counsel - 1

wishes to terminate Mr. Pechtel's representation at this time based on a breakdown in the attorney-client relationship. Therefore, Mr. Pechtel seeks the Court's approval of his withdrawal.

Mr. Pechtel provides notice that his withdrawal is effective upon the Court granting the instant motion.

A proposed order is filed herewith.

Dated: August 12, 2020			Respectfully Submitted,

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Motion for Leave of Court to
Withdraw as Counsel - 2

| | |
|---|---|
| 1 | SERVICE CERTIFICATE |

2 I certify that August 12, 2020, I electronically filed the foregoing

3 with the District Court Clerk using the CM/ECF System, which will

4 send notification of such filing to the following:

5

6 Stephanie A. Van Marter, Attorney for Plaintiff

7

8                                             s/Adam R. Pechtel
                                            Adam R. Pechtel/ WSBA #43743

9                                             Pechtel Law PLLC
                                            21 N Cascade St

10                                             Kennewick, WA 99336
                                            Telephone: (509) 586-3091

11                                             Email: adam@pechtellaw.com

12

13

14

15

16

17

18

19

20

Motion for Leave of Court to
Withdraw as Counsel - 3