William D. Hyslop
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
P.O. Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:20-CR-0005-SMJ |
|---|---|
| Plaintiff, | UNITED STATES' NOTICE OF ADMINISTRATIVE FORFEITURE |
| vs. | |
| MONICA PESSINA, | |
| Defendant. | |

The United States of America hereby gives notice that on or about May 11, 2020, the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) administratively forfeited the following listed asset included in the forfeiture allegation of the Indictment dated January 22, 2020.  ECF No. 1 at 3 – 4.

- $4,070.00 U.S. currency seized by ATF on or about November 7, 2019.

//

//

//

//

NOTICE OF ADMINISTRATIVE FORFEITURE                1

The government will not pursue criminal forfeiture of the asset listed in this notice based upon ATF's completion of its administrative forfeiture action. No further judicial action is required.

DATED: September 1, 2020

        William D. Hyslop
        United States Attorney

        *s/ Stephanie Van Marter*
        Stephanie Van Marter
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following CM/ECF participant(s):

Nicholas W. Marchi
nmarchi@carmarlaw.com

        *s/ Stephanie Van Marter*
        Stephanie Van Marter
        Assistant United States Attorney